700 A.2d 937

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Thomas George LANDIS, Respondent.**

**No. 321 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 1, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of October, 1997, upon consideration of Recommendation of Disciplinary Board Member, the Order of this Court entered on July 15, 1997 pursuant to Pa.R.D.E. 214(d)(2) is dissolved, and Respondent is reinstated to the practice of law.